MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (DCBN 475889)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0200 WHA |
| v. | STIPULATION TO SET MATTER FOR BENCH TRIAL AND TO EXCLUDE TIME FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |
| RONALD MCGREGOR, | |
| Defendant. | (18 U.S.C. § 3161) |

      The defendant, Ronald McGregor, represented by Brandon Leblanc, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable William Alsup on January 15, 2013 for a status conference and trial setting.  This Court set this matter for trial on April 8, 2013.

      The parties have agreed to proceed by way of a "Stipulation Regarding Bench Trial" and after confirmation with the Courtroom Clerk, the parties have stipulated to set the bench trial for March 20, 2013 at 2:00 p.m.  The parties also agree that time should appropriately be excluded for effective preparation of counsel from February 5, 2013 through March 20, 2013, in order to

STIPULATION AND [~~PROPOSED~~] ORDER
CR 12-0200 WHA

provide defense counsel with adequate time to review additional discovery, conduct additional investigation, and consult with the defendant. In addition, the defendant agrees to exclude for these periods of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                      MELINDA HAAG
                      United States Attorney

DATED: March 12, 2013           /S/
                      CYNTHIA M. FREY
                      Assistant United States Attorney

DATED: March 12, 2013           /S/
                      BRANDON LEBLANC
                      Attorney for RONALD MCGREGOR

1    Based upon the representation of counsel and for good cause shown, the Court finds that
2    failing to exclude the time between February 5, 2013 and March 20, 2013 would unreasonably
3    deny the defendant and counsel the reasonable time necessary for effective preparation, taking
4    into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further
5    finds that the ends of justice served by excluding the time between February 5, 2013 and March
6    20, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public
7    and the defendant in a speedy trial.

9        Therefore, IT IS HEREBY ORDERED that:

11   (1) The matter be set for a bench trial on March 20, 2013 at 2:00 p.m.; and
12   (2) the time between February 5, 2013 and March 20, 2013 shall be excluded from
13   computation under the Speedy Trial Act. 18 U.S.C §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

17   DATED: March 13, 2013.                    _____
18                                              HONORABLE WILLIAM ALSUP
                                                United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 12-0200 WHA                                    -3-